UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL G. MINTON, | ) |
|       Plaintiff, | ) |
| v. | ) CASE NO.: 4:19-cv-00059 |
| POE HTO, RTS HOLDINGS, LLC, BRETT T. OLEARY, EVENNON, INC., BORYS OLEKSANDR, PETER E. SNYDER, and VIP CARRIERS, INC., | ) |
|       Defendants. | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendants, BRETT T. O'LEARY and EVENNON, INC. (collectively, "Defendants"), by counsel, hereby file this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Defendants, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to them, state as follows:

## VENUE

1. On or about April 16, 2019 the above-entitled action was commenced against Defendants in the Tippecanoe Superior Court of the State of Indiana, Cause No: 79D02-1904-CT-000059, and is now pending therein.

2. Removal to the Northern District of Indiana, Lafayette Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Northern District of Indiana, Lafayette Division,

embraces the County of Tippecanoe, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

3. On or about April 20, 2019, Defendant, BRETT O'LEARY was served by certified mail with a Summons and Complaint for Damages in the above-entitled action.

4. On or about April 23, 2019, Defendant EVENNON, INC. was served via their registered agent by certified mail with a Summons and Complaint for Damages in the above-entitled action.

5. The case stated by the initial pleading was not removable solely because the amount in controversy was not clearly identified as exceeding the amount specified in section 28 U.S.C. §§ 1332(a).

6. On May 30, 2019, Plaintiff's counsel confirmed his client's claim is worth in excess of $75,000. Thus, the amount in controversy exceeds the amount specified in section 28 U.S.C. §§ 1332(a).

7. Defendants first ascertained that Plaintiff's claims exceeded the jurisdictional threshold thereby satisfying all criteria for removal through email correspondence from Attorney Cray on May 30, 2019.

8. Therefore, pursuant to 28 U.S.C. §§ 1446 (b)(3) and (c)(3) (A), this removal is timely.

## STATE COURT PROCEEDINGS

9. On June 1, 2018, Plaintiff, Michael G. Minton (hereinafter "Plaintiff") filed his Complaint in the above-entitled action against Defendants in the Tippecanoe County Superior Court in the State of Indiana, Cause No. 79D02-1904-CT-000059, and is now pending therein.

10. On April 29, 2019, Defendants filed an attorney appearance, Jury Demand and Motion for Enlargement of Time to File Responsive Pleading in the Tippecanoe County Superior Court in the above-entitled action.

11. On May 31, 2019, the Tippecanoe County Superior Court issued an Order Granting Defendants' Motion for Enlargement of Time to File Responsive Pleading, granting them a period of time through and including June 27, 2019 in which to answer or otherwise respond to Plaintiff's Complaint.

12. Pursuant to S.D. Ind. L.R. 8-1(d), Defendant asserts that there are no state court motions that remain pending at the time of this Notice of Removal.

## **DIVERSITY JURISDICTION EXISTS**

13. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

14. Plaintiff is a citizen of the State of Indiana.

15. Defendant Poe Hto is a citizen of the State of Illinois.

16. Defendant RTS Holdings is a Foreign Limited Liability Company formed in the State of Delaware with its principle place of business in Massachusetts. Upon information and belief, no member of RTS Holdings, LLC is a citizen of Indiana.

17. BRETT O'LEARY is a citizen of the State of Alabama.

18. Defendant EVENNON, INC. is a Foreign Corporation formed in the State of Illinois with its principal place of business in Illinois, and thus is a citizen of the State of Illinois.

19. Defendant Borys Oleksandr is a citizen of the State of Illinois.

20. Defendant Peter E. Snyder is a citizen of the State of Wisconsin.

21. Defendant VIP Carriers is a Foreign Corporation formed in the State of Illinois with its principal place of business in Illinois, and thus is a citizen of the State of Illinois.

22. Because Defendants RTS Holdings, LLC, Evennon, Inc., and VIP Carriers are not incorporated in Indiana or have their principal place of business in Indiana, they are not citizens of the State of Indiana for purposes of diversity jurisdiction.

23. There is complete diversity of citizenship between the parties named in this case.

24. Plaintiff's Complaint for Damages does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum or permit recovery of damages in excess of the amount demanded. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

   a. Plaintiff contends he sustained injuries as an alleged result of the accident forming the basis of their Complaint.

   b. Plaintiff alleges said injuries are severe and permanent.

   c. Plaintiff's counsel has communicated his belief that the potential recovery of this matter is in excess of $75,000 exclusive of interest and costs.

25. Based upon the injuries alleged and damages claimed by Plaintiff, he seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

26. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Northern District of Indiana, Lafayette

Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000, exclusive of interest and costs.

## STATUTORY REQUIREMENTS

27. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, , a copy of the entire state court file is attached as an Exhibit, and includes the State Court Record as of the date of this Notice of Removal, including the following: Docket, Appearance, Complaint, Summons to the Defendants, Service Returned, Defendants Appearance, Jury Demand, Motion for Enlargement of Time and Order.

28. Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

29. A copy of this Notice of Removal has been filed in the Tippecanoe County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendants, BRETT T. O'LEARY and EVENNON, INC., by counsel, respectfully request that the above-entitled action be removed from the Tippecanoe County Superior Court to the United States District Court for the Northern District of Indiana, Lafayette Division.

**LEWIS WAGNER, LLP**

By: */s/Robert R. Foos, Jr.*
ROBERT R. FOOS, JR., #20885-45
*Counsel for Defendants Brett T. O'Leary and Evennon, Inc.*

CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2019, a copy of the foregoing **Notice of Removal** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Kyle E. Cray
BENNETT BOEHNING & CLARY, LLP
415 Columbia Street
Suite 1000
Lafayette, IN 47902-0469
kec@hereforlife.com
*Counsel for Plaintiff*

                                       By: */s/ Robert R. Foos, Jr.*
                                            ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:   317-237-0500
Facsimile:   317-630-2790
rfoos@lewiswagner.com